UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Michael George Brenner      JOINT DEBTOR: Dona Lou McCormack      Case No: _____
Last Four Digits of SS# -1949         Last Four Digits of SS# -7790

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 158.40   for months   1   to   36  ;
B. $ _____  for months  _____  to  _____ ;
C. $ _____  for months  _____  to  _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00           TOTAL PAID $ 400.00
                Balance Due   $ 3,250.00      payable $ 144.00    /month (Months  1  to  5 )
                                              $ 101.20            /month (Months  6  to  30 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____                      Arrearage on Petition Date $ _____
Account No: _____             Arrears Payment      $ _____   /month (Months _____ to _____ )
_____                         Regular Payment      $ _____   /month (Months _____ to _____ )

2. _____                      PAY-OFF TOTAL $ _____   payable $ _____ /month (Months _____ to _____ )
Account No: _____             [payment includes % interest for total payments of $]

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. State of Ohio         Total Due   $ 1,600.00
                         Payable   $ 32.80    /month (Months  6  to  30 )
                                   $ 130.00   /month (Months  31 to  36 )

Unsecured Creditors: Pay $ 10.00     /month (Months  6  to  30 )
                        $ 14.00      /month (Months  31 to  36 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  University of Michigan Credit Union to be paid directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X /s/ Michael Brenner
Debtor
Date: 3/17/16

X /s/ Dona L McCormack
Joint Debtor
Date: 3/17/16

LF-31 (rev. 01/08/10)