**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Michael George Brenner    JOINT DEBTOR: Dona Lou McCormack    Case No: 16-13854-PGH
Last Four Digits of SS# -1949    Last Four Digits of SS# -7790

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $158.40 for months 1 to 36 ;
B. $_____ for months ___ to ___ ;
C. $_____ for months ___ to ___ : in order to pay the following creditors:

Administrative: Attorney's Fee - $3,650.00    TOTAL PAID $400.00
Balance Due   $3,250.00    payable $144.00 /month (Months 1 to 5 )
                                              $101.20 /month (Months 6 to 30 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

*1.* _____    *Arrearage on Petition Date* $_____
Account No: _____    *Arrears Payment*    $____ /month (Months ___ to ___ )
                              *Regular Payment*    $____ /month (Months ___ to ___ )

*2.* _____    PAY-OFF TOTAL $____ payable $____ /month (Months ___ to ___ )
Account No: _____    *[payment includes ___% interest for total payments of $___]*

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]:NONE

Unsecured Creditors: Pay $ 42.80 /month (Months 6 to 30 )
                         $ 144.00 /month (Months 31 to 36 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: University of Michigan Credit Union to be paid directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_[signature]_
Debtor
Date: 05/23/16

_[signature]_
Joint Debtor
Date: 05/23/16